W. L. Bell, Plaintiff in Error, v. W. B. Ferris and H. G. DeSilva, partners under the firm name of B. R. Pitt Mill Company, Defendants in Error.

## Division A.

Writ of error to Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

John C. Avery for plaintiff in error.

William Fisher and E. D. Beggs for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. Judgment affirmed.

Decision *Per Curiam.*